UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUBANA SINGH,

        Petitioner,

v.                                          Case No.  4:25-cv-13358

                                               Honorable F. Kay Behm

ERIC RARDIN,

        Respondent.

_____/

## ORDER DENYING EMERGENCY MOTION IN OPPOSITION OF GOVERNMENT'S MOTION AND BRIEF IN SUPPORT TO EXTEND TIME [ECF No. 5]

      This is a habeas case filed under 28 U.S.C. § 2241. Petitioner Lubana Singh challenges the Federal Bureau of Prison's calculation of his earned time credits under the First Step Act. Before the Court is Petitioner's Emergency Motion in Opposition of the Government's Motion and Brief in Support to Extend Time. Petitioner requests that the Court deny Respondent's Motion to Extend Time to File. However, there is no pending motion to extend time to file before the Court. Respondent's Answer to the Petition is due by January 30, 2026. Because the Court cannot grant Petitioner's requested relief, the motion (ECF No. 5) is

**DENIED** as **MOOT**.

**SO ORDERED.**

Dated:  January 16, 2026					s/F. Kay Behm
							F. Kay Behm
							United States District Judge